**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**VICTORIA DIANA CARILLO, et al.,**

        **Plaintiffs,**

**-vs-**                                                               **Case No. 6:05-cv-1216-Orl-28KRS**

**BANK OF AMERICA, et al.,**

        **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

        On August 22, 2005, Victoria Diana Carrillo, Victoria Maria McClendon, and Melvin Laneer Judge (collectively "the plaintiffs"), filed a Complaint against Bank of America, Henry Crumley, Kelli Michelle Bellease, Tony Curtis Wright, Darrick T. Williams, Cabrera Ivan, Debbie Devoe, and Galo Anthony Guerrero, asserting various grounds for relief. Doc. No. 1. Subsequently, the plaintiffs filed documents showing that they attempted to serve the summons and complaint on the individual defendants who reside in Florida by mail, presumably pursuant to Florida Rule of Civil Procedure 1.070(i), and to serve Defendant Crumley, who resides in Georgia, by mail pursuant to Ga. Code Ann. 9-11-4.

        On December 29, 2005, I entered an Order informing the plaintiffs that they had failed to comply with the notice and waiver requirements that apply to service of process by mail under Florida and Georgia law. Doc. No. 33 at 2-5. I also ordered the plaintiffs to show cause in writing on or before January 18, 2006, why this case should not be dismissed without prejudice for failure to effect

proper service on Defendants Crumley, Bellease, Wright, Williams, Ivan, Devoe, and Guerrero. *Id.* at 6. The plaintiffs responded to my show cause order on January 12, 2006. Doc. No. 35. However, the plaintiffs failed to correct the deficiencies concerning service of process as to the individual defendants in this matter.

Under Federal Rule of Civil Procedure 4(m), the Court may dismiss an action without prejudice if the summons and complaint has not been served upon a defendant within 120 days after filing of the complaint. More than 120 days have passed since the complaint was filed. The plaintiffs have not appropriately served the summons and complaint on the individual defendants during this time. Accordingly, I respectfully recommend that the Court dismiss this action without prejudice for failure to effect proper service within the time period prescribed by the Federal Rules of Civil Procedure as to Defendants Crumley, Bellease, Wright, Williams, Ivan, Devoe, and Guerrero.[1]

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 25, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record

---

[1] Bank of America has entered an appearance in this matter and it does not raise any issues concerning service of process. Thus, the Court need not consider whether service of process was sufficient as to Bank of America.

Unrepresented Parties
District Courtroom Deputy