UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VICTORIA DIANA CARILLO, VICTORIA
MARIA MCCLENDON, MELVIN LANEER
JUDGE,

      Plaintiffs,

-vs-              Case No. 6:05-cv-1216-Orl-28KRS

BANK OF AMERICA, HENRY CRUMLEY,
KELLI MICHELLE BELLEASE, TONY
CURTIS WRIGHT, DARRICK T.
WILLIAMS, CABRERA IVAN #10233,
DEBBIE DEVOE #4571, GALO
ANTHONY GUERRERO ,

      Defendants.

## ORDER

This case is before the Court on the Report and Recommendation (Doc. 38) prepared by the United States Magistrate Judge recommending that this case be dismissed against Defendants Crumley, Bellease, Wright, Williams, Ivan, Devoe, and Guerrero for failure to serve the summons and complaint upon these Defendants in accordance with Fed. R. Civ. P. 4(m).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed (Doc. No. 38) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **DISMISSED without prejudice** against Defendants Crumley, Bellease, Wright, Williams, Ivan, Devoe, and Guerrero for failure to effect proper service within the time period prescribed by the Federal Rules of Civil Procedure. The Clerk of Court is directed to close this file[1].

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___9___ day of February, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

---

[1] On February 6, 2006, the Court entered an Order dismissing the only other Defendant, Bank of America.